# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| B2-USA, INC., THE SCRUGGS GROUP, INC., and FRANK MAY § § § | | |
| v. § § | | Case No. 4:11-CV-00665 Judge Schneider/Judge Mazzant |
| UNIRISX MANAGEMENT CORP. and UNIRISX, LLC § § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On December 21, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand to State Court (Dkt. #7) be GRANTED and the case should be REMANDED to the 158th District Court of Denton County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that  Plaintiffs' Motion to Remand to State Court (Dkt. #7) is **GRANTED** and the case is remanded to the 158th District Court of Denton County, Texas.

**IT IS SO ORDERED.**

**SIGNED this 17th day of January, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE